UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAIFUSIN CHIU,<br><br>        Plaintiff,<br><br>    v.<br><br>THE PRESIDENT OF THE US,<br><br>        Defendant. | No. 2:25-cv-0156 DJC SCR<br><br><br>ORDER |

      Plaintiff, proceeding pro se, filed the above-entitled action, which was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

      On February 7, 2025 the Magistrate Judge filed findings and recommendations, which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within 14 days.  ECF No. 3.  Plaintiff has not filed objections to the findings and recommendations.

      The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

      1. The findings and recommendations filed February 7, 2025 (ECF No. 3), are adopted in full; and

2. Plaintiff's complaint is dismissed without leave to amend and the Clerk is directed to enter Judgment and close this case.

IT IS SO ORDERED.

Dated: **April 2, 2025**

/s/ Daniel J. Calabretta
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Chiu0156.800